FILED
September 17, 2007
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0000900227

3

WILLIAM G. MALCOLM, #129271
KEVIN HAHN, #231579
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
Phone: (949) 252-9400
Facsimile: (949) 252-1032

Attorneys for Secured Creditor,

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br>MIKHAIL S. TRUBCHIK,<br>        Debtor.<br>_____<br>WASHINGTON MUTUAL BANK for WASHINGTON MUTUAL BANK, as successor-in-interest to Long Beach Mortgage Company by operation of law, and its successors and/or assignees,<br>        Movant,<br>vs.<br>MIKHAIL S. TRUBCHIK, Debtor, and Michael F. Burkart, Trustee,<br>        Respondents. | Bankruptcy Case No. 07-27047<br><br>Docket Control No. WGM-1<br><br>Chapter 7<br><br>HEARING DATE:<br>DATE: October 2, 2007<br>TIME: 9:30 a.m.<br>CTRM: B |

**DECLARATION OF DORY GOEBEL IN SUPPORT OF WASHINGTON MUTUAL BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

I, DORY GOEBEL, declare:

1. I am, and for all relevant times herein have been, an Assistant Vice-President at WASHINGTON MUTUAL BANK for WASHINGTON MUTUAL BANK, as successor-in-interest to Long Beach Mortgage Company by operation of law, and its successors and/or assignees, ("WASHINGTON MUTUAL BANK"). In the foregoing capacity I have personal knowledge of

the status and history of the MIKHAIL S. TRUBCHIK ("DEBTOR") loan account, and if called upon to testify thereto I could and would do so competently and truthfully.

2.    In my capacity as an Assistant Vice-President, I have access to the business records of WASHINGTON MUTUAL BANK as they relate to the Debtor. The records of WASHINGTON MUTUAL BANK are made and kept in the ordinary course of business by persons who have a business duty to make such records on behalf of WASHINGTON MUTUAL BANK. The records are made at or near the time of the occurrence of the event or events of which they are recorded. I have personally reviewed the records of WASHINGTON MUTUAL BANK as they relate to the Debtor herein. The records reflect the payments made by the Debtor, the payments missed, and all charges accruing under the Debtor's loan. Therefore, I am personally familiar with the status of the Debtor's loan.

3.    **The Secured Debt.** On or about February 2, 2005, MIKHAIL S. TRUBCHIK made and delivered a Promissory Note in the original principal amount of $264,000.00, secured by a First Priority Deed of Trust on the Property commonly known as 6536 Bitterbush Way, Citrus Heights CA 95821 (the "Property"). True and correct copies of the Note and Deed of Trust are attached as Exhibits "1" and "2," respectively.

4.    **The Default Under The Note.** WASHINGTON MUTUAL BANK's Note and Deed of Trust are contractually due for the January 1, 2007 payment. As a result of the default, WASHINGTON MUTUAL BANK desires to record a Notice of Default and Election To Sell against the Property. The total delinquency under the Note is set forth in detail on Exhibit "3" to the Motion.

5.    **The Debtor's Interest In The Property.** The Debtor is the owner of record of the Property.

6.    **The Filing Of The Instant Petition.** On or about August 31, 2007, MIKHAIL S. TRUBCHIK filed the instant Chapter 7 Petition as Case No. 07-27047.

7.    **The Costs of Sale.** Based on my experience with the liquidation of properties in California, the customary "costs of sale" are 8% of the sales price of the Property.

1  I declare under penalty of perjury according to the laws of the United States of
2  America that the foregoing is true and correct and that this Declaration is executed on September
3  17, 2007 in Mendota Heights, Minnesota.
4  WASHINGTON MUTUAL BANK for WASHINGTON MUTUAL BANK, as successor-in-interest
5  to Long Beach Mortgage Company by operation of law, and its successors and/or assignees,
6  By: Washington Mutual Bank, as successor-in-interest to Long Beach Mortgage Company, its
7  attorney-in-fact

/s/ Dory Goebel
*Signature of Declarant*

Assistant Vice-President
*Title*