Filed 09/17/07                             Case 07-27047                                                        Doc 10

FILED
September 17, 2007
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000900224

# RELIEF FROM STAY INFORMATION SHEET
* * * * SEE IMPORTANT INSTRUCTIONS ON REVERSE * * * *
PLEASE COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION

**DEBTOR:** MIKHAIL S. TRUBCHIK       **CASE NO.** 07-27047

**MOVANT:** WASHINGTON MUTUAL BANK     **DC NO.** WGM-1

**HEARING DATE/TIME:** October 2, 2007 at 9:30 a.m.

**RELIEF IS SOUGHT AS TO** (X) REAL PROPERTY  ( ) PERSONAL PROPERTY  ( ) STATE COURT LITIGATION

1. Address OR description of property or state court action   6536 Bitterbush Way, Citrus Heights CA 95821

2. Movant's trust deed is a ( X ) 1st  ( ) 2nd  ( ) 3rd  ( ) Other:_____

   OR

   Leased property is ( ) Residential  ( ) Non-residential    Term: ( ) Month-to-Month  ( ) Other

3. Verified appraisal filed? _____     Movant's valuation of property   $ 339,126.00

4. The following amounts are presently owing to movant for:

| PRINCIPAL | INTEREST | COSTS | TOTAL |
|---|---|---|---|
| $ 258,541.00 | $ 15,252.42 | $ 4,644.14 | $ 278,437.56 |

5. State identity, rank, and balance owing to other known lien holders. Use additional page if necessary.

   BANK OF AMERICA                                                $ 93,920.00
   _____                              $ _____
   _____                              $ _____

                                    TOTAL ALL LIENS   $ 372,357.56
                                    DEBTORS EQUITY    $ -33,231.56

FOR COURT USE ONLY
Note date: _____
Note amount: _____

FOR COURT USE ONLY

6. Monthly payment  $2,594.43   of which  $562.56   is for impound account. Monthly late charge is  $101.16
7. The last payment by debtor was received on   12/15/06   and was applied to the payment due   12/01/06
8. Number of payments past due and amount  (a) Pre-petition   8   $ 19,001.92   (b) Post-petition   1   $ 2,695.59
9. Notice of default was recorded on   Not available   . Notice of sale was published on   Not available
10. Grounds for seeking relief (check as applicable):
    ( ) Cause      ( ) Inadequate Protection     (X) Lack of equity     ( ) Lack of insurance     ( ) Bad faith
    ( ) Other  _____
11. For each ground checked above furnish a brief supporting statement in the space below.

Relief should be granted based on the lack of equity in the Property for the benefit of the Debtor(s) or the estate.
Relief should be granted as it is the Debtor(s) intention(s) to surrender the Property as stated in the Statement of Intentions.

EDC 3-468 (Rev. 1/9/03) - Page 1

## INSTRUCTIONS

**TO EXPEDITE THE HANDLING OF MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY, THE INFORMATION SHEET ON THE REVERSE SHALL BE COMPLETED BY THE MOVING PARTY PURSUANT TO THE INSTRUCTIONS BELOW.** *EXCEPT FOR UNUSUAL CIRCUMSTANCES, MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY WILL NOT BE CONSIDERED BY THE COURT UNTIL A PROPERLY COMPLETED RELIEF FROM STAY INFORMATION SHEET IS FILED AND SERVED BY THE MOVING PARTY.*

1. **FILE THIS COMPLETED INFORMATION SHEET ON WHITE PAPER WITH YOUR MOVING PAPERS <u>AS A SEPARATE DOCUMENT</u>.** *FAILURE TO COMPLY WITH THIS REQUIREMENT CAN RESULT IN DENIAL OF THE MOTION OR A CONTINUANCE OF THE HEARING.*

2. **ITEMIZE ANY "COSTS" ENTERED ON THE INFORMATION SHEET IN THE DECLARATION FILED IN SUPPORT OF THE MOTION, WITH PRE-PETITION AND POST-PETITION COSTS SEPARATELY GROUPED.**

3. **IF THE MOVING PARTY IS SEEKING RELIEF FROM STAY TO PURSUE A STATE COURT ACTION, A BRIEF DESCRIPTION OF THE NATURE OF THE STATE COURT ACTION SHALL BE SET FORTH IN THE SPACE PROVIDED FOR ITEM 11.**