FORM L127
Notice of Requirement to File a Statement of Completion of Course in Personal Financial Management (Official Form 23) (v.2.06)

07−27047 − B − 7



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3−200
Sacramento, CA 95814

(916) 930−4400
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

**FILED**

**9/20/07**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

## NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT (Official Form 23)

Case Number:   07−27047 − B − 7

Debtor Name(s) and Address(es):

Mikhail S. Trubchik
6536 Bitterbush Way
Citrus Heights, CA 95821

Subject to limited exceptions, debtors must complete an instructional course in personal financial management in order to receive a discharge under chapter 7. See 11 U.S.C. § 727. The course in personal financial management is not the same as the pre−petition credit counseling requirement and is required in addition to it. Pursuant to Rule 1007(b)(7) and 1007(c) of the Interim Rules of Bankruptcy Procedure, a statement of completion of a course in personal financial management shall be prepared as prescribed by the appropriate Official Form, and filed within 45 days after the first date set for the meeting of creditors under § 341.

**NOTICE IS HEREBY GIVEN THAT** a statement regarding completion of a course in personal financial management, prepared as prescribed by Official Interim Form 23, *Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management* , must be filed before a discharge will be entered in this case.    Failure to file the statement within 45 days after the first date set for the meeting of creditors will result in the case being closed without a discharge having been entered. If a motion to reopen the case is subsequently filed by the debtor(s) to allow for the filing of the statement, the debtor(s) will be required to pay the full fee due for filing the motion.

Dated:   9/20/07

Richard G. Heltzel
Clerk of Court

---

1    Official Interim Form 23 (Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management) must be filed in all individual chapter 13 and chapter 7 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See Interim Rule 1007(b)(7).