Filed 10/24/07   Case 07-27047   Doc 21

FILED
October 24, 2007
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000944839

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:  ) CASE NO. 07-27047-B-7
)
Trubchik, Mikhail S. ) Chapter 7
)
) ☒ REPORT OF 341 MEETING
) ☒ REQUESTS FOR DISMISSAL
Debtors(s) ) ☐ INITIAL REPORT OF ASSET CASE
) ☐ REPORT OF NO ASSET CASE

☒ **REPORT OF 341 MEETING BY TRUSTEE**

The Trustee Declares:
The meeting was held: 10/24/07 7-B
☐ Debtor(s) appeared
☐ Meeting concluded
☒ Meeting was continued to: _____
   11/14/07  12:00pm  _____
☒ Other  Debtor failed to attend 341 Meetings on 10/10/07 and 10/24/07.

☒ Debtor did not appear
☐ Co-debtor did not appear
☐ Counsel did not appear
☐ Debtor(s) failed to file all schedules or statement of financial affairs

☒ **REQUEST FOR NOTICE OF INTENT TO DISMISS CASE:**

The Trustee requests that the court issue a Notice of Intent to Dismiss:
☒ Entire case
☐ As to Debtor only
☐ As to Co-debtor only, for the reason(s) declared above

☐ **INITIAL REPORT OF TRUSTEE IN ASSET CASE**
The Trustee has determined that it is likely that there ARE ASSETS of the estate which are not fully exempted or are not fully unencumbered, available for liquidation and distribution to the creditors.
☐ The Trustee requests a Notice to File Claims be sent to all creditors.

☐ **REPORT OF TRUSTEE IN NO-ASSET CASE**
The trustee reports that (s)he has not received any property of the estate, has made a diligent inquiry for assets of the estate and finds that there are NO ASSETS that are not exempted or fully encumbered, available for liquidation and distribution to the creditors.

I swear under penalty of perjury that the information provided above is true and correct.

Date: 10/24/07

/S/ Michael F. Burkart, Trustee in Bankruptcy
Michael F. Burkart, Trustee in Bankruptcy, Bankruptcy Trustee